UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4434-PA (KK) | Date | November 4, 2015 |
|---|---|---|---|
| Title | Lance Williams v. Eric Arnold | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**  **Order Denying Motion for Reconsideration of Bail Pending Habeas Relief**

Petitioner has filed a motion for reconsideration of this Court's June 16, 2015 order denying his request for bail pending resolution of his habeas corpus petition.  ECF Docket No. 24.

Under Local Rule 7-18,

> A motion for reconsideration of the decision on any motion may be made only on the grounds of (a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or (b) the emergence of new material facts or a change of law occurring after the time of such decision, or (c) a manifest showing of a failure to consider material facts presented to the Court before such decision.  No motion for reconsideration shall in any manner repeat any oral or written argument made in support of or in opposition to the original motion.

Here, Petitioner does not meet any requirement of L.R. 7-18.  Moreover, as stated in this Court's prior order, bail pending decision is reserved for extraordinary cases involving special circumstances or a high probability of success.  <u>Land</u> <u>v.</u> <u>Deeds</u>, 878 F.2d 318, 318-19 (9th Cir. 1989).  Petitioner has not demonstrated sufficiently

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4434-PA (KK) | Date | November 4, 2015 |
|---|---|---|---|
| Title | Lance Williams v. Eric Arnold | | |

extraordinary circumstances to require bail pending a decision, premature habeas relief, or an Order granting his petition. Accordingly, Petitioner's request for reconsideration of this Court's order denying his request for bail is DENIED.