JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>               Petitioner,<br><br>       v.<br><br>R ERIC ARNOLD, Warden,<br><br>               Respondent. | Case No. CV 15-4434-PA (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED: (1) the Petition for a Writ of Habeas Corpus is DENIED; and (2) this action is DISMISSED with prejudice.

Dated: March 30, 2016

*/s/ Percy Anderson*

HONORABLE PERCY ANDERSON
United States District Judge